Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-09-00329-CV

Ronyld W. **WISE** and PLS, Inc.,
Appellants

v.

**LINDOW & TREAT LLP** and David Treat,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-16418
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed: December 9, 2009

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM